UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 3:10-cr-52-J-37TBS

BENJAMAN DAVID GORE

### ORDER

This cause is before the Court on a Motion Under 18 U.S.C. § 4241 for Order Committing the Defendant to the Custody of the Attorney General for Hospitalization and Treatment to Determine Competency (Doc. 84).

#### LEGAL STANDARD

"The due process clause prohibits the trial or guilty plea of a person who is mentally incompetent." *United States v. Fuenmayor-Arevalo*, 490 F. App'x 217, 225 (11th Cir. 2012). Accordingly, counsel for a defendant "may file a motion for a hearing to determine the mental competency of the defendant." 18 U.S.C. § 4241(a). "Prior to the date of the hearing, the court may order that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247(b) and (c)." 18 U.S.C. § 4241(a). Pursuant to 18 U.S.C. § 4247(b), the Court may commit the Defendant to the custody of the Attorney General for the purposes of a psychiatric or psychological examination ("**Examination Commitment**"), but such Examination Commitment may not exceed thirty days.

After the hearing, the court must commit the defendant to the custody of the Attorney General for treatment ("**Treatment Commitment**") *if* the court determines "by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(d); *see also Dusky v. United States*, 362 U.S. 402 (1960).

## DISCUSSION

Defendant requests that the Court enter an order that would: (1) direct "a duly qualified psychiatrist or psychologist to conduct an examination to determine the competence of [Defendant] and file a report of the examination with the Court;" and (2) conduct a hearing to determine competency and subsequently order [that Defendant] be committed to the custody of the Attorney General for treatment at a suitable facility."[1] (Doc. 84, p. 5.) Defendant advises that opposing counsel does not oppose the entry of such an order. Upon consideration, the Court finds that the unopposed Motion is due to be granted to the extent that Defendant requests an Examination Commitment for purposes of obtaining a competency examination.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Motion Under 18 U.S.C. § 4241 for Order Committing the Defendant to

---

[1] Despite the reference in the motion to a 120 day commitment, clearly any reference to Treatment Commitment pursuant to § 4241(d) is premature at this time.

the Custody of the Attorney General for Hospitalization and Treatment to Determine Competency (Doc. 84) is **GRANTED**.

(2) In accordance with 18 U.S.C. §§ 4241(b) and 4247(b), Defendant is **COMMITTED** to the custody of the Attorney General to be hospitalized in the Mental Health Unit at the Federal Medical Center in Butner, North Carolina for no more than 30 days from the date that Defendant is transported to such Unit by the U.S. Marshals Service.

(3) The U.S. Marshals Service is **DIRECTED** to promptly and directly transport the Defendant to the Mental Health Unit at the Federal Medical Center in Butner, North Carolina.

(4) In accordance with 18 U.S.C. § 4241(b), a licensed or certified psychiatrist or psychologist employed at the Mental Health Unit at the Federal Medical Center in Butner, North Carolina is **DIRECTED** to examine the Defendant and file a report with the Court no later than 15 days from the conclusion of the 30 days of commitment referenced above in paragraph (1).

**DONE AND ORDERED** in Orlando, Florida, this 14th day of July, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record
U.S. Marshals Service